

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00195-CV

**RJ MERIDIAN CARE OF ALICE, LTD**. a/k/a Meridian Care of Alice,
Appellant

v.

Elias **ROBLEDO** and Eleal E. Robledo, Individually and as Heirs/Administrators and
Representatives of The Estate of Adelaida Ortiz Robledo, Deceased,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-07-52422-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellees have filed a motion for a thirty-day extension of time to file their brief in this accelerated appeal. We **grant the motion in part** and **order** appellees' brief due **May 22, 2014.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court